| | |
|---|---|
| SINGER / BEA LLP | ARENT FOX LLP |
|   Adam S. Cashman (Bar No. 255063) |   Allan E. Anderson (Bar No. 133672) |
|   acashman@singerbea.com |   allan.anderson@arentfox.com |
| 601 Montgomery Street, Suite 1950 |   Kirsten A. Hart (Bar No. 258433) |
| San Francisco, California 94111 |   kirsten.hart@arentfox.com |
| Telephone: (415) 500-6080 | 555 West Fifth Street, 48th Floor |
| Facsimile: (415) 500-6080 | Los Angeles, California 90013-1065 |
| | Telephone: (213) 629-7400 |
| | Facsimile: (213) 629-7401 |

*Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff Darrell Saldana*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGTARGET, LLC, and JEAN-MICHEL THIERS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>DARRELL SALDANA, an individual,<br><br>        Defendants. | CASE NO. 3:18-CV-03527-JST<br><br>**AMENDED NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| DARRELL SALDANA, an individual,<br><br>        Counterclaimant and<br>        Third-Party Plaintiff<br><br>v.<br><br>MAGTARGET, LLC , and JEAN-MICHEL THEIRS, an individual,<br><br>        Counter-Defendants,<br><br>and<br><br>MAY CHEN, an individual,<br><br>        Third-Party Defendant. | |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Defendant, Counterclaimant and Third-Party Plaintiff Darrell |
| 2 | Saldana ("Mr. Saldana") has retained Singer / Bea LLP as counsel. Adam S. Cashman hereby |
| 3 | appears as counsel for Mr. Saldana. |

PLEASE TAKE NOTICE that Defendant, Counterclaimant and Third-Party Plaintiff Darrell Saldana ("Mr. Saldana") has retained Singer / Bea LLP as counsel. Adam S. Cashman hereby appears as counsel for Mr. Saldana.

PLEASE TAKE FURTHER NOTICE that Allan E. Anderson and Kirsten Anne Hart of the law firm Arent Fox LLP withdraw as counsel of record for Mr. Saldana. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

Adam S. Cashman
SINGER / BEA LLP
acashman@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
Telephone:	(415) 500-6080
Facsimile:	(415) 500-6080

The undersigned parties consent to the above withdrawal and substitution of counsel.

Date: October 17, 2018		SINGER / BEA LLP

							By:	*/s/ Adam S. Cashman*
								Adam S. Cashman

Date: October 17, 2018		ARENT FOX LLP

							By:	*/s/ Allan E. Anderson*
								Allan E. Anderson

Date: October 17, 2018		ARENT FOX LLP

							By:	*/s/ Kirsten A. Hart*
								Kirsten A. Hart

The above withdrawal and substitusion of counsel is granted and so ordered.

Dated: October 17, 2018

						_____
						JON S. TIGAR
						UNITED STATES DISTRICT JUDGE

## **Attestation Regarding Signatures**

I, Adam S. Cashman, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: October 17, 2018