| | |
|---|---|
| SINGER / BEA LLP<br>  Adam S. Cashman (Bar No. 255063)<br>  acashman@singerbea.com<br>601 Montgomery Street, Suite 1950<br>San Francisco, CA  94111<br>Telephone:    (415) 500-6080<br>Facsimile:    (415) 500-6080<br><br>*Attorney for Defendant, Counter-claimant and Third-Party Plaintiff Darrell Saldana* | CHAN PUNZALAN LLP<br>  Mark Punzalan<br>  mark@chanpunzalan.com<br>  Stephen Stanwood<br>  stephen@chanpunzalan.com<br>2000 Alameda de las Pulgas, Suite 154<br>San Mateo, CA 94403<br>Telephone:    (650) 362-4150<br>Facsimile:    (650) 362-4151<br><br>*Attorneys for Plaintiffs and Counter-Defendants MagTarget LLC and Jean-Michel Thiers, and Third-Party Defendant May Chen* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGTARGET, LLC, and JEAN-MICHEL THIERS, an individual<br><br>        Plaintiffs,<br><br>v.<br><br>DARRELL SALDANA, an individual.<br><br>        Defendant.<br><br>DARRELL SALDANA, an individual,<br><br>        Counterclaimant,<br><br>v.<br><br>MAGTARGET, LLC, and JEAN-MICHEL THIERS, an individual.<br><br>        Counter-Defendants.<br><br>DARRELL SALDANA, an individual,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>MAY CHEN,<br><br>        Third-Party Defendant. | CASE NO. 3:18-CV-03527-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF PLEADINGS AND WITHDRAWAL OF PENDING MOTION TO DISMISS** |

Plaintiffs/Counter-Defendants MagTarget LLC and Jean-Michel Thiers, Defendant/Counter-claimant/Third-Party Plaintiff Darrell Saldana, and Third-Party Defendant May Chen, by and through their undersigned counsel of records, hereby stipulate and agree as follows:

### RECITALS

WHEREAS, Plaintiff and counterclaim defendant Jean-Michel Thiers ("Thiers") and third-party defendant May Chen ("Chen") have filed a Motion to Dismiss certain causes of action stated in Defendant-counterclaim plaintiff and third-party plaintiff Darrell Saldana's ("Saldana") First Amended Counterclaim and Third-Party Complaint; and

WHEREAS, the Court has set November 7, 2018 as a deadline to amend the pleadings absent a showing of good cause under Fed. R. Civ. P. 15; and

WHEREAS, Saldana intends to file and serve an amended pleading on or before that deadline; and

WHEREAS, such amendments may address the issues that are the subject of Thiers's and Chen's Motion to Dismiss, and will moot that motion in any event as a matter of law;

NOW THEREFORE, all parties to this Action, by and through their undersigned counsel of record, do hereby agree and stipulate as follows:

### STIPULATION

1. Thiers's and Chen's pending motion to dismiss (Dkt. No. 30) is withdrawn, without prejudice to their rights to move to dismiss Saldana's amended pleading within 14 days of filing and service of that amended pleading pursuant to Fed. R. Civ. P. 15(a)(3) (or, in the event Saldana does not amend his pleading, within 14 days of the November 7, 2018 deadline to amend the pleadings); and

2. No opposition or other response to Thiers's and Chen's motion to dismiss (Dkt. No. 30) is required, and the noticed hearing data of December 6, 2018 is vacated.

| | | |
|---|---|---|
| 1 | Date: October 19, 2018 | SINGER / BEA LLP |
| 2 | | |
| 3 | | By: */s/ Adam Cashman* |
| 4 | | Adam S. Cashman<br>*Attorney for Defendant, Counterclaimant and Third-Party Plaintiff Darrell Saldana* |
| 5 | | |
| 6 | Date: October 19, 2018 | CHAN PUNZALAN LLP |
| 7 | | |
| 8 | | By: */s/ Mark Punzalan* |
| 9 | | Mark Punzalan<br>Stephen Stanwood |
| 10 | | *Attorneys for Plaintiffs and Counter-Defendants MagTarget LLC and Jean-Michel Thiers, and Third-Party Defendant May Chen* |
| 11 | | |
| 12 | SO ORDERED: | |
| 13 | | |
| 14 | Dated: October 22, 2018 | _____<br>JON S. TIGAR |
| 15 | | UNITED STATES DISTRICT JUDGE |

## ATTESTATION REGARDING SIGNATURES

I, Adam S. Cashman, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: October 19, 2018            */s/ Adam S. Cashman*

                                                                Adam S. Cashman