| | |
|---|---|
| GLICKMAN & GLICKMAN, A LAW CORPORATION<br>Zachary J. Shepard (Bar No. 240726)<br>zjshepard@gmail.com<br>9460 Wilshire Blvd., Suite 330<br>Beverly Hills, CA 90212<br>Telephone: (310) 746-5116<br>Facsimile: (310) 273-0829 | SINGER / BEA LLP<br>Adam S. Cashman (Bar No. 255063)<br>acashman@singerbea.com<br>601 Montgomery Street, Suite 1950<br>San Francisco, California 94111<br>Telephone: (415) 500-6080<br>Facsimile: (415) 500-6080 |

*Attorneys for Defendant and Counterclaimant Darrell Saldana*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGTARGET, LLC, and JEAN-MICHEL THIERS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>DARRELL SALDANA, an individual,<br><br>        Defendants. | CASE NO. 3:18-CV-03527-JST<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| DARRELL SALDANA, an individual,<br><br>        Counterclaimant,<br><br>v.<br><br>MAGTARGET, LLC , and JEAN-MICHEL THIERS, an individual,<br><br>        Counterclaim-Defendants. | |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Defendant and Counterclaimant Darrell Saldana ("Mr. Saldana") has retained Glickman & Glickman, A Law Corporation as counsel. Zachary Shepard hereby appears as counsel for Mr. Saldana. |

PLEASE TAKE NOTICE that Defendant and Counterclaimant Darrell Saldana ("Mr. Saldana") has retained Glickman & Glickman, A Law Corporation as counsel. Zachary Shepard hereby appears as counsel for Mr. Saldana.

PLEASE TAKE FURTHER NOTICE that Adam S. Cashman of the law firm Singer / Bea LLP hereby withdraws as counsel of record for Mr. Saldana. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

    Zachary Shepard
    Glickman & Glickman, A Law Corporation
    zjshepard@gmail.com
    9460 Wilshire Blvd., Suite 330
    Beverly Hills, CA 90212
    Telephone:    (310) 746-5116
    Facsimile:    (310) 273-0829

The undersigned parties consent to the above withdrawal and substitution of counsel.

Date: April 11, 2019        GLICKMAN & GLICKMAN, A LAW CORPORATION

                                      By:   */s/ Zachary J. Shepard*
                                            Zachary J. Shepard

Date: April 11, 2019        SINGER / BEA LLP

                                      By:   */s/ Adam S. Cashman*
                                            Adam S. Cashman

The above withdrawal and substitusion of counsel is granted and so ordered.

Dated: April 16, 2019

IT IS SO ORDERED
Judge Jon S. Tigar
(United States District Court, Northern District of California seal)

**ATTESTATION REGARDING SIGNATURES**

I, Zachary J. Shepard, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: April 11, 2019